UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:03-cr-0142-LJM-DKL-2 |
| ) | |
| CARLOS ESPARZA, ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Carlos Esparza continue on his current conditions of supervised release, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation.

SO ORDERED this  11/21/2013

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Josh Minkler
Assistant U. S. Attorney
josh.minkler@usdoj.gov

Joe Cleary
Indiana Community Federal Defender
joe_cleary@fd.org

U. S. Parole and Probation

U. S. Marshal